## MOTION DOCKET

**94–23.** Smith v. Sweeney. *Fayette County*, No. CA93–02–004. This cause is pending before the court on the certification of conflict by the Court of Appeals for Fayette County. Upon consideration

of appellant's motion for stay,

IT IS ORDERED by the court that the motion for stay be, and the same is hereby, granted, effective March 14, 1994.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.